Fill in this information to identify the case:

Debtor name: Green Sapphire Holdings, Inc.
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS
Case number (if known): 25-07412

☒ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Access Management, S.A.S., Inc. c/o Cayman Mgt. Ltd., Governors Square, 2nd Fl., 23 Lime Tree Bay Ave., P.O Box 1569, Grand Cayman KY-1110 CAYMAN ISLANDS | | Civil Litigation | Unliquidated Disputed | | | Unknown |
| ** Alpha Carta Ltd., c/o TTA Corp. Services Harbour Place, 2nd Fl., PO Box 472, 103 S. Church St., George Town, Grand Cayman KY1-1106 CAYMAN ISLANDS | Anya Ritch +1 345-623-2361 aritch@traversthorpalberga.com | Loan Obligation | | | | $97,945,967.00 |
| Avocat Lecocqassociate Avenue de la Gare-des-Eaux-Vives 28 CH-1208 Geneva SWITZERLAND | Dominique Lecocq +971-4242-784 drl@lecocqassociate.com | Legal Fees | | | | $72,160.86 |
| Citrin Cooperman 123 N. Wacker Dr. Suite 1400 Chicago, IL 60606 | Gregg Wirtschoreck 312-726-8353 gwirtschoreck@citrincooperman.com | Professional Services | Unliquidated | | | Unknown |
| Colorado Department of Revenue Attn: Bankruptcy Department 1881 Pierce St. Lakewood, CO 80214 | | | | | | Unknown |

** Investigation continues as to whether Alpha Carta Ltd. is an "insider" of the Debtor.

Debtor  Green Sapphire Holdings, Inc.  
Name

Case number (if known)  25-07412

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Delaware Division of Revenue  Attn: Bankruptcy Administrator  Carvel State Building  820 N. French St., 8th Floor  Wilmington, DE 19801 | | | | | | Unknown |
| Department of the Treasury  Internal Revenue Service  P.O. Box 7346  Philadelphia, PA 19101-7346 | | | | | | Unknown |
| Dominion Bank  17304 Preston Rd.  Suite 1100  Dallas, TX 75252 | Stephanie Velasquez  469-501-5980  svelasquez@dominionbanking.com | Obligation under guarantee of payment of debt owed by RECT, LLC. | Contingent | | | Unknown |
| Franchise Tax Board  Bankruptcy Section, MS:A-340  PO Box 2952  Sacramento, CA 95812 | | | | | | Unknown |
| Global Capital Partners, LLC  c/o Cayman Mgt. Ltd., Governors Square, 2nd Fl., 23 Lime Tree Bay Ave.,  P.O. Box 1569, Grand Cayman KY-1110  CAYMAN ISLANDS | | Civil Litigation | Unliquidated  Disputed | | | Unknown |
| Halloran, Farkas & Kittila LLP  5722 Kennett Pike  Wilmington, DE 19807 | Theodora Kittila  302-257-2025  tk@hft-law.com | Legal Fees | Disputed | | | $235,891.25 |
| Paul Cottin  Cottin Avocat  Les Galeries du Commerce,  BP-1379, Saint-Jean 97133  SAINT BARTHELEMY | +590 (0)5 90 27 75 71  +590 (0)6 90 52 86 96  cottinavocats@gmail.com | Legal Fees | Unliquidated | | | Unknown |

Debtor  Green Sapphire Holdings, Inc.  Case number (if known) 25-07412
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Regus<br>One Lincoln Centre<br>18 West 140<br>Butterfield Road<br>Suite 1500<br>Oak Brook, IL 60181 | +1 845-466-1022 | Rent | Unliquidated | | | Unknown |
| Ryan Cicoski<br>2167 Pikeland Road<br>Malvern, PA 19355 | Ryan Cicoski<br>331-218-5719<br>rcicoski@hotmail.com | Alleged promissory note | Contingent<br>Unliquidated<br>Disputed | | | Unknown |
| SELAS CHV LAW FIRM<br>Attn: Charles-Hubert V<br>Centre La Savane, Lieudit Saint-Jean, 97133<br>SAINT-BARTHELEMY | Charles-Hubert Vanoverberghe<br>+33-6-87-48-4100<br>contact@chv-lawfirm.com | Legal Fees | Unliquidated<br>Disputed | | | Unknown |